**This order is SIGNED.**

**Dated: May 25, 2016**





**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> **NATHAN B. CLEGG,** <br><br> Debtor. | Bankruptcy Number 15-25486 <br> Chapter 7 <br><br> Hon. R. Kimball Mosier |

### ORDER

On May 25, 2016, the Court conducted a hearing on the Debtor's Motion to Reopen Case. The Debtor appeared *pro se*. The Trustee did not make an appearance.

Based upon the representations of the Debtor and for good cause appearing, the Court hereby **ORDERS** that:

1. The Debtor's Motion to Reopen Case is **GRANTED**.

2. The Debtor's Financial Management Course Certificate is received.

3. The discharge may be issued if otherwise allowed and the case re-closed.

4. The filing fee for the Motion to Reopen is waived.

_____End of Document_____

Entered On Docket: 05/25/2016

# SERVICE LIST

Service of the foregoing **ORDER** will be effected through the Bankruptcy Noticing Center to each party listed below and all parties on the matrix.

Nathan B Clegg
2256 East 1500 South
Vernal, UT 84078
    *Debtor*

Kenneth A. Rushton tr
P.O. Box 212
Lehi, UT 84043
    *Chapter 7 Trustee*

Office of the United States Trustee
Ken Garff Bldg.
405 South Main Street, Suite 300
Salt Lake City, UT 84111
    *U.S. Trustee*

United States Bankruptcy Court
District of Utah

In re:  
Nathan B Clegg  
    Debtor

Case No. 15-25486-RKM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: avt     Page 1 of 1     Date Rcvd: May 25, 2016  
                   Form ID: pdfor1     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2016.  
db          +Nathan B Clegg,    2256 East 1500 South,    Vernal, UT 84078-9133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2016                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2016 at the address(es) listed below:  
             Kenneth A. Rushton tr     KRus8416@aol.com,   UT01@ecfcbis.com  
             United States Trustee     USTPRegion19.SK.ECF@usdoj.gov  
                                                                                                                    TOTAL: 2